CONNIE STEWART v. EDWARD PACE LIPSCOMB

[No. 81, September Term, 1982.]

*Decided August 5, 1983.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*PER CURIAM ORDER*

It is this *5th* day of August, 1983

ORDERED, by the Court of Appeals of Maryland, that the judgment in the above entitled case be, and it is hereby, reversed with costs for the reasons set forth in *Frick v. Maldonado,* No. 23, September Term, 1982, decided August 4, 1983.